IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-11169
_____


UNITED STATES OF AMERICA

                         Plaintiff - Appellant

v.

RICKY CLYDE DUNCAN

                         Defendant - Appellee


_____

Appeal from the United States District Court
for the Northern District of Texas
(4:95-CV-855-K)
_____
(August 9, 1996)

BEFORE KING, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     The district court's Order Granting Defendant's Motion to

Vacate and Correct Sentence under 28 U.S.C. § 2255, filed December

12, 1995, granting Ricky Clyde Duncan's Motion to Vacate or Correct

Sentence, reducing Duncan's sentence to time served and releasing

Duncan is hereby vacated.  The case is remanded to the district

court for further proceedings.

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

VACATED and REMANDED.